**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**SAFECO INSURANCE COMPANY
OF AMERICA,**

    **Plaintiff,**

vs.                                  **CASE NO.: 3:09cv301/MCR/MD**

**LARRY BECKER, SR.; DONNA
BECKER; AMY RAINES; and
W. CHRISTOPHER RAINES,**

    **Defendants.**
    _____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 13, 2010. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    Safeco's amended motion for summary judgment (doc. 38) is GRANTED and judgment is entered against defendant Amy Martin Raines in the amount of

$26,443.89.  The judgment shall reflect that Ms. Raines' liability is joint and several with that of the other defendants in this action.

DONE AND ORDERED this 19th day of August, 2010.


*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**